UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61091-CIV-DIMITROULEAS

PIETRO BARTOMEO,

    Plaintiff,

vs.

COMMERCIAL RECOVERY SYSTEMS, INC.,

    Defendant.
_____/

**FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Default Judgment (the "Motion") [DE 12], filed herein on September 10, 2013.  The Court has carefully considered the Motion [DE 12] and is otherwise fully advised in the premises.

The Court granted the Motion [DE 12] in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [DE 12] is hereby **GRANTED**;

2. Final Default Judgment is hereby entered in favor of Plaintiff and against Defendant in the aggregate amount of $3,498.00, consisting of statutory damages in the amount of $1,000.00, reasonable attorneys' fees in the amount of $2,048.00, and costs and disbursements of this action in the amount of $450.00;

3. The judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and Rule 69(a), Federal Rules of Civil Procedure; and

    4.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of October, 2013.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Commercial Recovery Systems, Inc.
c/o CT Corporation System
1200 South Pine Island
Plantation, FL 33324